UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| BRIAN DOUGLAS FISH, | ) | Case No. 19-47779-399 |
| | ) | |
| Debtor. | ) | |

**MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE
OR DISCHARGEABILITY UNDER SECTIONS 523 & 727**

U.S. Bank National Association ("U.S. Bank"), by counsel, hereby moves pursuant to Rules 4004(b) and 4007(c) to extend the deadlines to object to discharge and to seek determination of dischargeability in this case for the same reasons stated in the Motion for Extension of Time to Object to Dischargeability of Debt (Dkt. No. 19) filed by Mitchell and Gina Rotman ("Rotmans") by approximately 60 days, until May 15, 2020.  In support hereof, it is respectfully stated:

1. Brian Fish ("Debtor") filed his petition for relief under Chapter 7 on December 18, 2019 (the "Petition Date").

2. The current deadline for filing objections to discharge and dischargeability is March 16, 2020.

3. Prior to the Petition Date, U.S. Bank obtained a judgment against Debtor and his ex-wife, Patricia Fish, for certain obligations owed by Debtor under a promissory note secured by real property owned by Ms. Fish.  Ms. Fish claimed that Debtor forged her signature, but the Circuit Court for St. Louis County determined otherwise in entering its judgment.

4. Ms. Fish appealed the judgment and the appeal is currently pending in the Missouri Court of Appeals for the Eastern District.  The appeal has been fully briefed and

argued. The parties are waiting for a decision. The determination of the Court of Appeals in that case could dictate whether pursuing an objection to discharge or nondischargeability action regarding those obligations in this Court is appropriate.

5. U.S. Bank requests an extension of time to file a nondischargeability action against Mr. Fish for two months, to May 15, 2020, to allow time for Ms. Fish's appeal to run its course.

6. This is the first request for extension of time filed by U.S. Bank in this matter.

WHEREFORE, U.S. Bank National Association prays that the Court extend the deadline for objections to discharge approximately 60 days to May 15, 2020, and for such further relief as the Court deems appropriate.

Respectfully submitted,

THOMPSON COBURN LLP

By  */s/ Brian W. Hockett*
Brian W. Hockett, MO52984
THOMPSON COBURN LLP
One U.S. Bank Plaza, Suite 2700
St. Louis, MO  63101
314-552-6461
314-552-7000 (fax)
bhockett@thompsoncoburn.com

Attorneys for U.S. Bank National Association

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record, including specifically the following:

William Catlett, Attorney for Debtor, william@catlett.biz

*/s/ Brian Hockett*

- 2 -